1   TOMIO B. NARITA (SBN 156576)
      tnarita@snllp.com
2   CHRISTOPHER M. SPAIN (SBN 265465)
      cspain@snllp.com
3   SIMMONDS & NARITA LLP
      44 Montgomery Street, Suite 3010
4   San Francisco, CA 94104-4816
      Telephone: (415) 283-1000
5   Facsimile: (415) 352-2625

6   Attorneys for Defendant
      Equable Ascent Financial, LLC
7

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

8

9                 UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11   MARIA ESMERALDA             CV13-03392- RSWL (VBKx)
      CHINCHILLA,
12                             CASE No.

13           Plaintiff,           )   **NOTICE OF REMOVAL**

14         vs.                     )

15   EQUABLE ASCENT FINANCIAL, )
      LLC, CIR LAW OFFICES, TARA )
16   MURREN, MICHAL J. MIXER, )
      JOHN CLINNIN and DOES 1-50, )
17   Inclusive,                   )

18           Defendants.         )

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Equable Ascent Financial, LLC, a Delaware Limited Liability whose principal place of business is in Buffalo Grove, Illinois hereby removes to this Court the state court action described below.

1.      On August 6, 2012, a complaint was filed against defendants by plaintiffs Maria Esmeralda Chinchilla and Ely Maricio Chinchilla Jr. alleging claims of fraud and violations of California Business and Professionals Code § 17200, in an action pending in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Chinchilla v. Equable Ascent Financial, LLC et al*, original Case No.12C02498.  A copy of the original state court Complaint, Summons, Declaration, and other documents related to Plaintiffs' original pleading are attached hereto as **Exhibit A**.

2.      On March 21, 2013, Plaintiff Maria Esmeralda Chinchilla ("Plaintiff") filed a First Amended Complaint and a First Amended Summons was issued. Plaintiff's First Amended Complaint omitted Ely Maricio Chinchilla Jr. from the action and added allegations that defendants violated of the California Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788, *et seq*., which Plaintiff claims arise under various sections of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq*.  A copy of the First Amended Complaint and First Amended Summons are attached hereto as **Exhibit B**.

3.      On April 10, 2013, this case was renumbered from WH 12C02498 to LAM12CW2498.  A copy of the docket report from the state court action is attached hereto as **Exhibit C**.

4.      This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant Equable Ascent Financial, LLC ("Defendant") was served with the First Amended Complaint on April 10, 2013.

# JURISDICTION

1.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that the Complaint alleges claims against defendants that arise under federal law.  *See* Exhibit B, First Amended Complaint.

2.     The United States Supreme Court has held that "in certain cases federal-question jurisdiction will lie over state-law claims that implicate significant federal issues[,]" therefore "a federal court ought to be able to hear claims recognized under state law that nonetheless turn on substantial questions of federal law." *Grable & Sons Metal Products, Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005).  "[A] a state-law claim could give rise to federal-question jurisdiction so long as it 'appears from the [complaint] that the right to relief depends upon the construction or application of [federal law].'" *Id*. (citing *Smith v. Kansas City Title & Trust Co.*, 255 U.S. 180, 199 (1921)).

3.     In Plaintiff's First Amended Complaint ("FAC"), the operative complaint in this action at the time of removal, the first cause of action is for violations of the California Fair Debt Collection Practices Act (the "Rosenthal Act"), Cal. Civ. Code §§ 1788, *et seq*.  Plaintiff admits on the face of her FAC that the first cause of action is based upon and arises under various sections of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et seq*.  *See* Exhibit B, First Amended Complaint, ¶¶ 20-27.

4.     Further, Plaintiff's FAC is filled with citations to, and reliance on, various sections of the FDCPA.  *See id.*  In her first cause of action ("COA"), Plaintiff correctly notes that section 1788.17 of the Rosenthal Act incorporates violations of the FDCPA.  The pleading then alleges that defendants violated section 1788.17 of the Rosenthal Act by violating sections 1692e(2), 1692e(5), 1692e(8), 1692f, and 1692f(1) of the FDCPA as follows:

a. Section 1692e(2) [of the FDCPA] which prohibits 'the false representation of (A) the character, amount or legal status of any debt' in that defendants sough to be paid on the debt directly from plaintiff, though she is not the judgment debtor[;]

b. Section 1692e(5) [of the FDCPA] which prohibits 'the threat to take any action that cannot legally by taken or that is not intended to be taken' in that the defendant sough to be paid on the debt directly from plaintiff, though she is not the judgment debtor[;]

c. Section 1692e(8) [of the FDCPA] which prohibits 'communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a debt is disputed, in that defendants through their collection agents, have reported to one or more credit reporting agencies that the debt is plaintiff's responsibility even though plaintiff is not a judgment debtor[;]

d. Section 1692f [of the FDCPA] which prohibits the use of 'unfair or unconscionable means to collect or attempt to collect any debt' in that defendant sought to be paid directly from plaintiff though she is not the judgment debtor[; and]

e. Section 1692f(1) [of the FDCPA] which prohibits 'the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law' in that defendants sought to be paid on the debt directly from plaintiff, though she was not the judgment debtor[.]

*See* Exhibit B, First Amended Complaint, ¶ 25(a)-(e).

5.    Plaintiff's first cause of action is *solely* based on alleged violations of the FDCPA and thus "turns on substantial questions of federal law" within the

1  meaning of *Grable & Sons Metal Products, Inc.* because it requires the determination

2  of whether defendants' conduct violated sections 1692e(2), 1692e(5), 1692e(8),

3  1692f, and 1692f(1) of the FDCPA.  Jurisdiction in this Court is proper.

4       6.    The First Amended Complaint was filed in the Superior Court of the

5  State of California, County of Los Angeles.  *See* Exhibit B.  Venue in the Western

6  Division of this Central District is proper.  *See* 28 U.S.C. § 1441(a) (providing for

7  removal " to the district court of the United States for the district and division

8  embracing the place" where the state court action is pending); 28 U.S.C. § 84(c)(2)

9  (Central District, Western Division comprises, *inter alia*, the county of Los Angeles).

10       7.    Defendant will promptly file a copy of this notice in Superior Court of

11  the State of California, County of San Diego.  Defendants will also promptly serve a

12  copy of this notice upon Plaintiff.

13       8.    Defendant Equable Ascent Financial is represented by the undersigned.

14  Defendants CIR Law Offices, Tara Muren [sic], and John Clinnin have consented to

15  removal.  Upon information and belief, defendant Michael [sic] J. Mixar has not been

16  served.  A copy of defendants CIR Law Offices, Tara Muren, Michael J. Mixar and

17  John Clinnin's Consent to Removal is attached hereto as **Exhibit D**.

18

19  DATED: May 10, 2013            SIMMONDS & NARITA LLP

20                               TOMIO B. NARITA
                             CHRISTOPHER M. SPAIN

21

22

23                  By: _____

24                         Christopher M. Spain
                       Attorneys for Defendant
                       Equable Ascent Financial, LLC

25

26

27

28

Exhibit A

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Maria Esmeralda Chinchilla Ely  Mauricio Chinchilla Jr.<br>8512 Ceylon Ave.<br>Pico Rivera,Ca. 90660 | |

|  |  |
|---|---|
| TELEPHONE NO: | FAX NO. *(Optional)* |
| E-MAIL ADDRESS *(Optional)*    SAME | |
| ATTORNEY FOR *(Name)*:   Maria Esmeralda  Chinchilla Ely Mauricio Chinchilla Jr In Pro Pe. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  LOS ANGELES

STREET ADDRESS:  7339 S. PAINTER AVE.

MAILING ADDRESS:  Same

CITY AND ZIP CODE:  WHITTIER,CA. 90602

BRANCH NAME:  WHITTIER  COURT HOUSE DISTRICT

PLAINTIFF:  Maria Esmeralda Chinchilla & Ely Mauricio Chinchilla  Jr.

DEFENDANT: Equable Ascent Fin. EAF, Cir. Law Office, &Tara Muren Esq.
Michael Mixer Esq., John Clinnin Esg. ET AL.

[✓] DOES 1 TO 50 Inclusiv

**CONTRACT**

| [✓] **COMPLAINT** | [ ] **AMENDED COMPLAINT** *(Number)*: |
|---|---|
| [ ] **CROSS-COMPLAINT** | [ ] **AMENDED CROSS-COMPLAINT** *(Number)*: |

**Jurisdiction** *(check all that apply):*

[ ] **ACTION IS A LIMITED CIVIL CASE**
    Amount demanded   [ ] does not exceed $10,000
                      [✓] exceeds $10,000 but does not exceed $25,000
[ ] **ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
        [ ] from limited to unlimited
        [ ] from unlimited to limited

CASE NUMBER:

1. **Plaintiff*** *(name or names):*

    Maria Esmeralda  Chinchilla Ely  Mauricio Chinchilla Jr.

    alleges causes of action against **defendant*** *(name or names):*

    Equable Ascent Fin, EAF, Cir,Law Office, & Attorneys Tara Muren  Esq., Michael Mixer, John Clinnin *Esq*.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult

    [ ] **except plaintiff** *(name):*

        (1) [ ] a corporation qualified to do business in California

        (2) [ ] an unincorporated entity *(describe):*

        (3) [ ] other *(specify):*

    b. [ ] Plaintiff *(name):*

        a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

        b. [ ] has complied with all licensing requirements as a licensed *(specify):*

    c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person

    [ ] **except defendant** *(name):*                          [ ] **except defendant** *(name):*

        (1) [ ] a business organization, form unknown       (1) [ ] a business organization, form unknown

        (2) [ ] a corporation                                (2) [ ] a corporation

        (3) [ ] an unincorporated entity *(describe):*       (3) [ ] an unincorporated entity *(describe):*

        (4) [ ] a public entity *(describe):*                (4) [ ] a public entity *(describe):*

        (5) [ ] other *(specify):*                           (5) [ ] other *(specify):*

*\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.*

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Maria Esmeralda Chinchilla, vs Equable Asent Fin., EAF,Cir.. Law Office, *A#y's* *And Ely Mauricio Chinchilla Jr   VS Tara Murra Esq Michad Mirre, John Clinmin Esq, et al* | |

4. *(Continued)*

b. The true names of defendants sued as Does are unknown to plaintiff.

    (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

    (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**

    a. ☐ has complied with applicable claims statutes, *or*

    b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because

    a. ☐ a defendant entered into the contract here.

    b. ☐ a defendant lived here when the contract was entered into.

    c. ☐ a defendant lives here now.

    d. ☐ the contract was to be performed here.

    e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

    f. ☑ real property that is the subject of this action is located here.

    g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☐ Breach of Contract

    ☐ Common Counts

    ☑ Other *(specify):*

    Fraud, defendant wrongfully put a LIEN, on my home to covert our property to their own gains.

9. ☑ Other allegations:

    The, DEED on exhibit 1, states I am the legal OWNER of my house. BUT the defendants never notified me they PUT a LIEN in my House right away to steal my home, shame on all of them.

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. ☑ damages of: $ 25,000.00

    b. ☐ interest on the damages

        (1) ☐ according to proof

        (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*

    c. ☐ attorney's fees

        (1) ☐ of: $

        (2) ☐ according to proof.

    d. ☑ other *(specify):*

    COURT FEES

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 8/3/12

             (TYPE OR PRINT NAME)

▶ _____
             (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Maria E smeralda Chinchilla, & Ely Mauricio Chinchilla JR.<br>8512 Ceylon Ave.<br>Pico Rivera, Ca. 90660 | |

TELEPHONE NO.: FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Maria Esmeralda Chinchilla & Ely Mauricio Chinchilla Jr

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 7339 S.PAINTER AVE.
MAILING ADDRESS: SAME
CITY AND ZIP CODE: WHITTIER,CA. 90602
BRANCH NAME: WHITTIER COURT HOUSE DISTRICT

PLAINTIFF/PETITIONER: Maria Esmeralda Chinchilla & Ely Mauricio Chinchilla Jr

DEFENDANT/RESPONDENT: Equable Ascent Fin, EAF, Cir, Law office, Attorneys, Tara Muren Esq, Michael Mixer Esq, John Clinnin Esq (Et Al)

| **DECLARATION** | CASE NUMBER: |
|---|---|

I, Maria Esmeralda Chinchilla and Ely Mauricio Chinchilla Jr. declare the following:

On 06/21/2012. my husband Ely Mauricio Chinchilla Sr. show me this letter he received by mail ,address to him by Equable Ascent, Fin.,EAF, Cir.law office, Attorneys Tara Muren, Esq., Michael Mixer Esq., and John Clinnin Esq.,"That they had put a LIEN, "ON MY HOUSE"?.Which address is 8512 Ceylon Ave.,Pico Rivera, Ca. 90660. That is my house and not ELY MAURICIO CHINCHILLA SR. (See Exhibit 1 DEED.

My heart started pounding very fast and felt short of breath,when I read that they already recorded the LIEN on my house at THE LOS ANGELES RECORDING OFFICE.

This is a very serious mistake they have done to take over my house WITH OUT NOTIFING ME.

The house Deed is under my name MARIA ESMERALDA Chinchilla AND MY SON ELY MAURICIO CHINCHILLA JR. "AGAIN THE HOUSE IS NOT UNDER ELY MAURICIO CHINCHILLA Sr.".

THEY HAVE MALICIOUSLY AND FRAUDULENTLY TRY TO TAKE OVER MY HOUSE. But I WILL NOT LET THIS HAPPEN TO ME. I WILL FIGHT IN THE COURT FOR MY PROPERTY.
I want my house back with out no liens and I am asking THE COURT FOR $25,000.00 in punitive damages.
AS I HAVE GOTTEN VERY SICK WITH THIS PROBLEM.

I also want justice according to the rule of LAW AGAINST THIS UNETHICAL ATTORNEYS.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Maria Esmeralda chinchilla
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☑ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

1   MARIA ESMEERALDA  CHINCHILLA IN PRO PER
            AND
2   ELY MAURICIO CHINCHILLA JR. IN PRO PER
    8512 CEYLON AVE.
3   PICO RIVERA, CALIFONIA

4
    SELF REPRESENTED
5

6

7       SUPERIOR COURT OF THE STATE OF CALIFORNIA
8            COUNTY OF LOS ANGELES
9   W    WHITTIER COURT HOUSE DISTRICT

10

11

12  MARIA ESMERALDA CHINCHILLA AND
    ELY MAURICIO CHINCHILLA JR.(SON)        )   Case No.
13                                          )
                                            )   COMPAINT FOR:
14          PLAINTIFF                        )   1.FRAUD
                                            )   2.UN ETHICAL
15                                          )     PRACTICES UNDER
                                            )     BUSINESS AND
16                                          )     PROFFESIONALS CODE
            VS                              )     Ss17200, ET SEQ.
17                                          )
                                            )
18                                          )
                                            )
19  EQUABLE ASCENT FIN., EAF,               )
    CIR.LAW OFFICE AND ATTORNEYS TARA        )
20  MUREN ESQ., MICHAEL MIXER ESQ., and     )
    JOHN CLINNIN ESQ.ET AL                  )
21                                          )
                                            )
22          DEFENDANT                        )
    _____)
23

24

25

26  _____-1-_____

27

28
    _____
                        COMPLAINT

**PLD-C-001(3)**

| SHORT TITLE: Chinchilla. &     VS  CHINCHILLA  Jr. | Equable Ascent Fin.,EAF, Cir Law Office and Attorys Tara Michael Mixer,John Clinnin | CASE NUMBER: |
|---|---|---|

FIRST
*(number)*

## CAUSE OF ACTION—Fraud

ATTACHMENT TO  [✓] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name):*  Maria Esmeralda Chinchilla and Ely Mauricio Chinchilla Jr.

alleges that defendant *(name):*

on or about *(date):*                             defrauded plaintiff as follows:

FR-2.  [✓]  **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact  [ ] as stated in Attachment FR-2.a  [✓] as follows:

Put  our house falsely and maliciously in Lien  on  our house , property location 8512 Ceylon. Pico Rivera,California 90660. and recorded it in the Los Angeles  Recording  Office, in Norwalk,California 90650.
They never  notified us they were placing a Lien in our house. And we do not owe this people any money for them to put a Lien in our house.

b. These representations were in fact false. The truth was  [ ] as stated in Attachment FR-2.b  [✓] as follows:

For them to place a LIEN ON OUR HOUSE IS WRONG AND FALSELY DONE BY, DEFENDENTS, EQUQABLE ASCENT FIN., EAF., and THEIR ATTORNEYS, TARA MUREN  ESQ.,  MICHEAL MIXER ESQ., AND JOHN CLINNIN ESQ.WHICH ARE BEING INCLUDED IN THE LAW SUIT.

c. When defendant made the representations,
[ ] defendant knew they were false, **or**
[✓] defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know  the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3.  [✓]  **Concealment**
a. Defendant concealed or suppressed material facts  [ ] as stated in Attachment FR-3.a  [ ] as follows:

DEFENTANT WENT TO THE COURT. CONCEAL THIS PROPERTY  BELONG TO ME, Maria Esmeralda Chinchilla  and my son Ely  Mauricio Chichilla and recorded it .

b. Defendant concealed or suppressed material facts
[✓] defendant was bound to disclose.
[ ] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page _____

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Maria Esmeralda Chinchilla & Ely Chinchilla JR.<br>8512 Ceylon Ave.<br>Pico Rivera,Ca. 90660 | |

TELEPHONE NO.:                    FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Maria Esmeralda Chinchilla,Ely Mauricio  Chinchilla Jr. In Proper

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 7339 S. PAINTER AVE.
MAILING ADDRESS: SAME
CITY AND ZIP CODE: WHITTIER,CA. 90602
BRANCH NAME: WHITTIER  COURT HOUSE DISTRICT

PLAINTIFF/PETITIONER: Maria  Esmeralda  Chinchilla,Ely Mauricio Chinchilla Jr.   CASE NUMBER:

DEFENDANT/RESPONDENT: Equable Ascent Fin, EAF, Cir,Law Office, Attorney's
Tara Muren Esg, Michael Mixer Esg, John Clinin, et it at

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ summons

   b. ☑ complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☑ other *(specify documents):* Exhibit 1

3. a. Party served *(specify name of party as shown on documents served):*

   Equable Ascent, EAF, Cir, Law Office Attorneys, Tara Muren,. Michael Mixer,Esq. John Clinnin,Esq.

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   8665 Gibbs Drive, Ste. #150, San Diego, CA. 92123-3189

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*          (2) at *(time):*

   b. ☐ **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use   **PROOF OF SERVICE OF SUMMONS**   Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Maria Esmeralda Chinchilla ↓ Ely Mauricio Chinchilla SR. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Equable Asent Financial, Tara Muren Esq.Michael | |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
   address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                                    (2) from (city):  DOWNEY

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
       to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) [ ] to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

   d. [ ]  **by other means** *(specify means of service and authorizing code section):*

   [ ]  Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [✓]  as an individual defendant.
   b. [ ]  as the person sued under the fictitious name of *(specify):*
   c. [ ]  as occupant.
   d. [ ]  On behalf of *(specify):*
       under the following Code of Civil Procedure section:

   [ ] 416.10 (corporation)                          [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)                  [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)           [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)                        [ ] 415.46 (occupant)
                                                     [ ] other:

7. **Person who served papers**
   a. Name: Luis M. Lopez
   b. Address: 8060 Florence Ave. Suite #110 Downey, CA 90240
   c. Telephone number: 323-377-0179
   d. **The fee** for service was: $  - 0 -
   e. I am:

   (1) [X] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ ] a registered California process server.
       (i)  [ ] owner  [ ] employee  [ ] independent contractor.
       (ii)  Registration No.:
       (iii)  County:

8. [✓]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ]  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

Luis M. Lopez
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

# EXHIBIT   1

RECORDING REQUESTED BY
CHICAGO TITLE

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO

NAME       MARIA ESMERALDA CHINCHILLA
ADDRESS    8512 CEYLON AVENUE
STATE & ZIP  PICO RIVERA, CA 90660

05/21/08



20080902987

APN NO:  6387-015-032

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $ **0** CITY TAX IS $ **0**
(   ) computed on full value of property conveyed, or
(   ) computed on full value less value of liens or encumbrances remaining at time of sale.
( X ) Unincorporated area  City of  PICO RIVERA  and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Ely Mauricio Chinchilla**, a married man

hereby GRANT(s) to **Maria Esmeralda Chinchilla, Ely Mauricio Chinchilla, Jr.**, as joint tenants

the following described real property in the City of **Pico Rivera** County of **Los Angeles** , State of California:
described as.

Parcel 3, in the city of Pico Rivera, County of Los Angeles, State of California, as shown on Parcel Maps filed in Book 6, Page 83 Parcel Maps, in the office of the county recorder of said county.

"This is a bonafide gift and grantor receives nothing in return, R & T 11911"

Property commonly known as:  8512 Ceylon Avenue, Pico Rivera, CA 90660

Ely Mauricio Chinchilla

Document Date:  May 20, 2008

STATE OF CALIFORNIA                }
COUNTY OF  Los Angeles  } S S

On MAY-20-2008 before me, Antonio P Soto  Notary Public , Personally appeared  Ely Mauricio Chinchilla,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature_____

ANTONIO P. SOTO
Commission # 1591781
Notary Public - California
Los Angeles County
My Comm. Expires Jul 1, 2009

(This area for official notarial seal)

Mail Tax Statements to  Same as above



COUNTY OF LOS ANGELES

# REGISTRAR-RECORDER/COUNTY CLERK

P.O. BOX 1250, NORWALK, CALIFORNIA 90651-1250 / www.lavote.net

**DEAN C. LOGAN**
REGISTRAR-RECORDER/COUNTY CLERK

# NOTICE OF INVOLUNTARY LIEN

California Government Code Section 27297.5 requires the County Recorder to notify persons against whom an involuntary lien has been recorded.

You are hereby notified that the enclosed document <u>may</u> constitute a lien against your real property.

California law provides that a lien cannot be released without a signed release from the claimant.

**You may wish to contact the lien claimant or your attorney regarding this matter. This department has no involvement with the placement of the lien on your property. This is merely a notification, as required by State Law, to assure that you are aware of the lien.**

> ➢  **PLEASE DO NOT TELEPHONE THE RECORDER'S OFFICE.**
> ➢  **WE HAVE NO ADDITIONAL INFORMATION REGARDING THIS MATTER.**
> ➢  <u>**CONTACT THE PERSON CLAIMING THIS LIEN AGAINST YOU.**</u>

RS16 (Rev 05/10)

**This page is part of your document – DO NOT DISCARD**



# 20120924398



**Pages:**
**0004**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**06/21/12 AT 11:55AM**

| | |
|---|---|
| FEES: | 33.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 33.00 |



L E A D S H E E T



201206210890049

00005993954



004081188

**SEQ:**
**01**

DAR - Mail (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY
LAW OFFICES, LLP

06/21/2012

*20120924398*

**WHEN RECORDED MAIL TO**

NAME  Jessica Santos

MAILING  CIR LAW OFFICES, LLP
ADDRESS  8665 GIBBS DR STE 150

CITY, STATE  SAN DIEGO CA
ZIP CODE  92123

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# T I T L E (S)

## ABSTRACT OF JUDGMENT

Legal
Solutions
Plus          LS-201

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and*
*telephone number)* Recording requested by and return to    (800)-496-8909
TARA MUREN SBN Bar #: 260154
MICHAEL J. MIXER SBN Bar #: 99073
CIR LAW OFFICES,LLP
8665 GIBBS DR SUITE 150
SAN DIEGO CA 92123   File No.: 356410-0
☒ ATTORNEY   ☒ JUDGMENT   ☐ ASSIGNEE OF
FOR   CREDITOR   RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 7339 S. PAINTER AVE
MAILING ADDRESS:
CITY AND ZIP CODE: WHITTIER CA 90602
BRANCH NAME COUNTY OF LOS ANGELES, JUDICIAL DISTRICT OF WHITTIER - LIMITED CIVIL

FOR RECORDER'S USE ONLY

PLAINTIFF: EQUABLE ASCENT FINANCIAL, LLC

DEFENDANT: ELY CHINCHILLA

CASE NUMBER:
11C03545

| ABSTRACT OF JUDGMENT—CIVIL   ☐ Amended | FOR COURT USE ONLY |
| AND SMALL CLAIMS | |

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────┐
   │ ELY CHINCHILLA              │
   │ 8512 CEYLON AVE             │
   │ PICO RIVERA CA 90660        │
   └─────────────────────────────┘

   b. Driver's license No. and state:                    ☒ Unknown
   c. Social Security No.: 8171                           ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address)*: ELY CHINCHILLA, 8512 CEYLON AVE
      PICO RIVERA CA 90660

2. ☐ Information on additional judgment
      debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   EQUABLE ASCENT FINANCIAL, LLC
      C/O CIR LAW OFFICES,LLP
   8665 GIBBS DR SUITE 150
   SAN DIEGO CA 92123
   Date: 6/12/2012
                  MICHAEL J. MIXER
                  (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment
      creditors is shown on page 2.

5. ☐ Original abstract recorded in this county:
      a. Date:
      b. Instrument No.:

                  (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
      $ 5,879.08
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 5/23/2012

      b. Renewal entered on *(date)*:
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until
       *(date)*:

12. a. ☒ I certify that the following is a true and correct
       abstract of judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

[SEAL]

                  John A. Clarke
This abstract issued on *(date)*:

      JUN 1 9 2012

Clerk, by _____ Deputy
                  Vanessa De La Hay

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—(CIVIL)
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

PLAINTIFF: EQUABLE ASCENT FINANCIAL, LLC

DEFENDANT. ELY CHINCHILLA

CASE NUMBER

11C03545

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13.   Judgment Creditor (name and address):

14.   Judgment Creditor (name and address):

15.   ☐ Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.         Name and last known address

17.         Name and last known address

Driver's license No. & state:                    ☒ Unknown
Social Security No.:                              ☒ Unknown
Summons was personally served at or mailed to (address):

Driver's license No. & state:                    ☐ Unknown
Social Security No.:                             ☐ Unknown
Summons was personally served at or mailed to (address):

18.         Name and last known address

19.         Name and last known address

Driver's license No. & state:                    ☐ Unknown
Social Security No.:                             ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license No. & state:                    ☐ Unknown
Social Security No.:                             ☐ Unknown
Summons was personally served at or mailed to (address):

20. ☐ Continued on attachment 20.

**ABSTRACT OF JUDGMENT—(CIVIL)
AND SMALL CLAIMS**

# Property Detail Report

**Subject Property**

**8512 Ceylon Ave**
**Pico Rivera, CA 90660-5401**
**Los Angeles County**



---

**Owner Info:**

| | |
|---|---|
| Owner Name : **Chinchilla Maria E** | Tax Billing Zip+4 : **5401** |
| Owner Name 2 : **Chinchilla Ely M Jr** | Recording Date : **05/25/2000** |
| Mail Owner Name : **Maria E & Ely M Chinchilla** | Annual Tax : **$3,259** |
| Tax Billing Address : **8512 Ceylon Ave** | County Use Code : **Single Family Resid** |
| Tax Billing City & State : **Pico Rivera CA** | Universal Land Use : **SFR** |
| Tax Billing Zip : **90660** | |

**MLS Listing Info:**

| | |
|---|---|
| Listing# : **P160280** | List Price : **$126,000** |
| Status : **Closed Sale** | Sold Price : **$145,000** |
| Status Change Date : **05/22/2000** | DOM : **15** |
| Area : **PICO RIVERA (W3)** | Listing Office : **Realty Executives-Pr** |
| Listing Date : **10/21/1999** | Listing Agent Name : **Pkerrbar-Kerr, Barbara** |
| Orig Price : **$140,000** | Pending Date : **05/25/2000** |

**Location Info:**

| | |
|---|---|
| Zoning : **Prsf\*** | Census Tract : **5026.02** |
| School District : **El Rancho** | Carrier Route : **C003** |
| TGNO : **706-E2** | |

**Tax Info:**

| | |
|---|---|
| Tax ID : **6387-015-032** | Improved Assessment : **$119,316** |
| Tax Year : **2011** | Total Assessment : **$233,279** |
| Annual Tax : **$3,259** | % Improv : **51%** |
| Homestead : **Homeowner** | Tax Area : **7948** |
| Assessment Year : **2011** | Legal Description : **P M 6-83 Lot 3** |
| Land Assessment : **$113,963** | Lot Number : **3** |

**Characteristics:**

| | |
|---|---|
| Heat Type : **Central** | Lot Acres : **.1558** |
| Lot Sq Ft : **6785.9288** | Building Sq Ft : **1,648** |
| Total Units : **1** | Bedrooms : **5** |
| Total Baths : **3** | Year Built : **1967** |
| Full Baths : **3** | Effective Year Built : **1970** |
| Price Per Sq Ft : **$87.99** | |

**Last Market Sale:**

| | |
|---|---|
| Recording Date : **05/25/2000** | Owner Name : **Chinchilla Maria E** |
| Sale Price : **$145,000** | Owner Name 2 : **Chinchilla Ely M Jr** |
| Document No : **808637** | Seller : **H;U Dev** |
| Deed Type : **Grant Deed** | |

**Sales History:**                                                                                              More History

| Recording Date : **05/21/2008** | 07/18/2000 | 05/25/2000 | 10/05/1999 |
|---|---|---|---|
| Sale Price : | | **$145,000** | |
| Nominal : **Y** | **Y** | | |
| Buyer Name : **Chinchilla Ely M Jr &** | **Chinchilla Ely M &** | **Chinchilla Ely M** | **H & U Dev** |

| | Maria E<br>Chinchilla Ely M | Maria E<br>Chinchilla Ely M | H;U Dev | First Nationwide<br>Mtg |
|---|---|---|---|---|
| Seller Name : | Chinchilla Ely M | Chinchilla Ely M | H;U Dev | First Nationwide<br>Mtg |
| Document No : | 902987 | 1103115 | 808637 | 1899064 |
| Document Type : | Gift Deed | Grant Deed | Grant Deed | Grant Deed |
| Sale Type : | Partial | | Full | |

**Mortgage History:**

| | | | | |
|---|---|---|---|---|
| Mortgage Date : | 12/08/2006 | 10/25/2005 | 01/19/2005 | 09/23/2003 |
| Mortgage Amt : | $150,000 | $300,000 | $150,000 | $36,000 |
| Mortgage Lender : | Bank Of America | Bank Of America | Bank Of America | Bank Of America |
| Mortgage Type : | Conventional | Conventional | Conventional | Conventional |

Courtesy of Maria Chinchilla
CRMLS

The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein
can be independently verified by the recipient of this report with the applicable county or municipality.

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Maria Esmeralda Chinchilla & Ely Mauricio Chinchilla Jr. 8512 CEYLON AVE. PICO RIVERA,CA.90660 | |

TELEPHONE NO.:                                    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Maria Esmeralda Chinchilla & Ely Mauricio Chinchilla J

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES,
  STREET ADDRESS: 7339 S. Painter Ave.
  MAILING ADDRESS: SAME
  CITY AND ZIP CODE: WHITTIER,CA. 90602
  BRANCH NAME: WHITTIER  COURT HOUSE DISTRICT

PETITIONER/PLAINTIFF: Maria Esmeralda Chinchilla,Ely Mauricio
Chinchilla Jr
RESPONDENT/DEFENDANT: Equable Ascent, EAF,Cir.Law Office, Attorneys,
Tara Muren, Michael Mixer, &John Clinnin Et AL

| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER: |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   8060 FLORENCE AVE,STE. #110
   DOWNEY,CA, 90240

3. On (date):                      I mailed from (city and state):
   the following **documents** (specify):
   Exhibit 1, Deed of  house for Maria Esmeralda Chinchilla & Ely Mauricio Chinchilla Jr., Profile of property
   foe 8512 Ceylon Ave., Pico Rivera, Ca.90660

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
   (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
       business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
       placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
       a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Equable Ascent Fin.,EAF., Cir. Law Office, & Attorneys Tara Muren,Michael Mixer
   b. **Address** of person served: John Clinnin Et AL.
      8665 GIBBS DR. STE.#150
      SAN DIEGO, CA. 92123

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service
   by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8 - 6 - 2012

Luis M. Lopez
_____          ▶   _____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]    **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**    Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

Exhibit B



**CORPORATION SERVICE COMPANY***

# Notice of Service of Process

JEH / ALL
Transmittal Number: 11053116
Date Processed: 04/10/2013

**Primary Contact:**   Blanca M. Lule
Equable Ascent Financial, LLC
W. 1120 Lake Cook Rd
Suite B
Buffalo Grove, IL 60089

| | |
|---|---|
| **Entity:** | Equable Ascent Financial, LLC<br>Entity ID Number  2838469 |
| **Entity Served:** | Equable Ascent Financial, LLC |
| **Title of Action:** | Maria Esmeralda Chinchilla vs. Equable Ascent Financial, LLC |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Los Angeles County Superior Court, California |
| **Case/Reference No:** | 12C02498 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 04/10/2013 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Anju Multani<br>562-923-0777 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

**SUM-100**

# First Amended SUMMONS
### (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

EQUABLE ASCENT FINANCIAL, LLC, CIR LAW OFFICES, TARA MURREN, MICHAL J. MIXER, JOHN CLINNIN and DOES 1 TO 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARIA ESMERALDA CHINCHILLA

*(stamp: 13 MAR 21 AM 11:)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número del Caso):* |
|---|---|
| Superior Court of California County of Los Angeles<br>7339 Painter Avenue, Whittier, California 90602 | 12 C 02498 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Anju Multani (SBN 156346) 8333 Iowa Street #201 Downey California 90241 (562) 923-0777

| DATE: MAR 21 2013<br>*(Fecha)* | JOHN A. CLARKE Clerk, by LINDA OROZ, Deputy<br>*(Secretario)* *(Adjunto)* |
|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

| [SEAL] | 1. ☐ as an individual defendant. |
|---|---|
| | 2. ☐ as the person sued under the fictitious name of *(specify):* |
| | 3. ☒ on behalf of *(specify):* EQUABLE ASCENT FINANCIAL, LLC |
| | under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor) |
| | ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee) |
| | ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person) |
| | ☐ other *(specify):* |
| | 4. ☐ by personal delivery on *(date):* |

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

ANJU MULTANI (SBN 156346)
LAW OFFICES OF ANJU MULTANI
8333 IOWA STREET SUITE 201
DOWNEY, CALIFORNIA 90241
Telephone:(562) 923-0777

Attorney for Plaintiff

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

MARIA ESMERALDA CHINCHILLA,            Case No.: 12C02498

      Plaintiff,                        FIRST AMENDED COMPLAINT

   vs.

EQUABLE ASCENT FINANCIAL, LLC, CIR

LAW OFFICES, TARA MURREN, MICHAL J.

MIXER, JOHN CLINNIN and DOES 1 TO

50 ,

      Defendant

Plaintiff, MARIA ESMERALDA CHINCHILLA  alleges the following

1. Plaintiff is a natural person, citizen of the State of

   California.

2. At all relevant times, defendants EQUABLE ASCENT FINANCIAL, LLC,

   CIR LAW OFFICES are business organizations, existing by virtue of

   the laws of the State of California and conducting business in

   the State of California.

3. At all relevant times, defendants TARA MURREN, MICHAEL J. MIXER, JOHN CLINNIN are individuals, residents of the State of California.

4. Plaintiff is informed and believes, and on that information and belief, alleges that defendants and each of them, are engaged in debt collection for themselves and on behalf of each other.

5. At all relevant times, defendants EQUABLE ASCENT FINANCIAL, LLC, CIR LAW OFFICES, TARA MURREN, MICHAEL J. MIXER, JOHN CLINNNIN and Does 1 to 10, were each a business entity or an individual, regularly engaged in debt collection of defaulted debts of individuals.

6. The true names and capacities, whether individual, corporate, associate, or otherwise of the defendants sued herein as Does 1 to 50, inclusive, are unknown to Plaintiffs, who therefore sues such defendants by such fictitious names. Plaintiff will amend the complaint to show the true names and capacities of such defendants when the same have been ascertained. Each of the defendants designated herein as a Doe was in some manner responsible for the occurrences and injuries alleged herein.

7. At all times relevant, each of the defendants was the agent and employee of the other named defendants and in doing the things alleged were acting within the course and scope of such agency and employment and in doing the acts herein alleged were acting with the consent, permission and authorization of the remaining named defendants. All action of each of the defendants were ratified and approved by the other named defendants.

FACTS COMMON TO ALL CAUSES OF ACTION

8. Plaintiff MARIA ESMERALDA CHINCHILLA is the owner of a certain parcel of real property located in the County of Los Angeles, California.

9. Plaintiff owns the property jointly with her son.

10.    On or about June 19, 2012, defendants and each of them obtained an Abstract of Judgment against debtor Ely Chinchilla in the amount of $5879.08 for a judgment obtained on or about May 23, 2012.

11.    Plaintiff was not a party to the underlying action bearing case Number 11C03545 and no part of the judgment was obtained against Plaintiff.

12.    Ely Chinchilla was not an owner of the parcel of property located in the County of Los Angeles.

13.    Defendants and each of them, without ascertaining title to the property, recorded the Abstract of Judgment on or about June 21, 2012 with the County Recorder.

14.    Subsequent to the recording of the Abstract, defendants and each of them, called Plaintiff continuously, with knowledge that she was not the judgment debtor, that the property she owned was not subject to the judgment, and engaged in collection activity.

15.    Defendants, and each of them, called plaintiff at her home, speaking to her, or leaving messages, without providing the disclosures required by the Rosenthal Fair Debt Collection Practices Act.

16.   '   The recording of the Abstract caused cloud on title to the property and resulted in a negative reporting on plaintiff's credit.

17.     The defendants, and each of them, reported the debt to one or more consumer credit reporting agencies, which published it in plaintiff's credit reports, showing the debt as a collection amount owed by plaintiff and did not indicate disputed by the consumer.

18.     During a conversation with defendants, and each of them, defendants refused to remove the Abstract of Judgment and falsely represented to plaintiff that she was responsible for the debt on the judgment.

19.     The foregoing collection practices caused plaintiff great distress and emotional distress.

FIRST CAUSE OF ACTION

(Violating the California Rosenthal Fair Debt Collection Practices Act)

20.     The allegations contained in paragraphs 1 through 19 are referenced and incorporated herein by this reference as though fully and completely set forth hereat.

21.     The Rosenthal Fair Debt Collection Practices Act, California's Civil Code, sections 1788 et seq ("CRFDCPA")was enacted in 1976 to ensure the integrity of our banking and credit industry. The Legislature found that 'unfair and deceptive debt collection practices undermine the public confidence which is

essential to the continued functioning of the banking and credit

system and sound extensions of credit to consumers.

22.     The defendants, and each of them, are 'debt collectors'

within the meaning of California's Civil Code, Section 1788.2(h)

in that they are regularly and in the ordinary course of

business, on behalf of themselves or others, engaged in acts and

practices in connection with the collection of consumer debts,

except those excluded by statute.

23.     Plaintiff is a 'debtor' within the meaning of Civil Code

Section 1788.2 (h) in that plaintiff is a natural person from

whom it was alleged a debt was due and owing.

24.     The purported debt which the defendants have attempted to

collect from plaintiff was a 'consumer debt' within the meaning

of Civil Code, Section 1788.2(f) in that it was incurred

primarily for personal, family of household purposes.

25.     .Defendants violated the provisions of Section 1788.17 of

California's Civil Code, by having violated Title 15 of the

United States Code, Sections 1692e(2), 1692e(5), 1692e(8), 1692f,

1692f(1) as follows:

    a. Section 1692e(2) which prohibits 'the false representation

        of (A) the character, amount or legal status of any debt'

        in that defendants sought to be paid on the debt directly

        from plaintiff, though she is not the judgment debtor

    b. Section 1692e(5) which prohibits 'the threat to take any

        action that cannot legally be taken or that is not intended

        to be taken' in that the defendant sought to be paid on the

debt directly from plaintiff, though she is not the judgment debtor

c. Section 1692e(8) which prohibits 'communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a debt is disputed, in that defendants through their collection agents, have reported to one or more credit reporting agencies that the debt is plaintiff's responsibility even though plaintiff is not a judgment debtor

d. Section 1692f which prohibits the use of 'unfair or unconscionable means to collect or attempt to collect any debt' in that defendant sought to be paid directly from plaintiff though the she is not the judgment debtor

e. Section 1692f(1) which prohibits 'the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law' in that defendants sought to be paid on the debt directly from plaintiff, though she was not the judgment debtor

26. All as a result of the foregoing violations, plaintiff suffered actual damages.

27. As the defendants' violations of the foregoing sections were willful and knowing, plaintiff is also entitled to statutory damages.

SECOND CAUSE OF ACTION

Negligent Violations of the California Consumer Credit Reporting

Agencies Act

28.    The allegations contained in paragraphs 1 through 27 are

referenced and incorporated herein by this reference as though

fully and completely set forth hereat.

29.    The debt shown on the Abstract of Judgment is not

plaintiff's responsibility in that she was not a party to the

creation of the debt nor to the underlying litigation resulting

in the judgment.

30.    Defendants acts and or omissions to act in ascertaining the

liability of plaintiff has caused and resulted in a derogatory

reporting on plaintiff's credit standing and created a cloud on

title to property she owns.

31.    The defendants willfully failed to comply with the

requirements of California's Consumer Credit Reporting Agencies

Act ("CCCRAA"), California's Civil Code, Section 1782.25(a) in

that they provided inaccurate or incomplete information  to one

or more credit reporting agencies and failed to indicate in its

reporting that the debt is not plaintiff's debt and that she is

not responsible for the debt or report that the debt is disputed.

32.    As a result of defendants failure to comply with the

requirements of the CCCRAA, plaintiff suffered, and continues to

suffer, actual damages, including economic loss, denial of

credit, lost opportunity to receive credit, damage to reputation,

damage to property, emotional distress and interference with normal and usual financial and other credit-related activities.

33.    In committing the wrongful acts as stated above, defendants are guilty of oppression, fraud or malice as those terms are used pursuant to Civil Code, Section 3294, because its managers, managing agents participated in, engaged in, authorized or ratified the acts and/or omissions that were perpetrated pursuant to a plan, scheme or company policy to deceive, defraud, mislead or take unfair advantage of debtors in collection of an outstanding debt, while defendants managers and/or managing agents knew or should have known that it would harm plaintiff.

34.    The defendants' agents, managers, managing agents or employees committed the wrongful acts set forth above with the knowledge, authorization, approval, direction or ratification of an officer, director or managing agent, pursuant to an implicit or explicit company plan, scheme or policy of debtors in collection of an outstanding debt. Alternatively, the aforementioned wrongful acts were committed by an officer, director or managing agent of the defendants.

THIRD CAUSE OF ACTION - Cancellation of Instrument/Cloud on Title

35.    The allegations contained in paragraphs 1 through 34 are referenced and incorporated herein by this reference as though fully and completely set forth hereat.

36.    A written instrument purports to be executed by defendants and presently in existence. A copy of the instrument, marked

Exhibit "A" is attached hereto and incorporated herein by this reference.

37.    The instrument, although apparently valid on its face, is void because plaintiff is not the judgment debtor on that judgment.

38.    On or about 6/21/2012, plaintiff learned of the recording and informed defendants, in writing, of plaintiff's intention to seek cancellation and seek damages for the recording of a void abstract.

39.    There is reasonable apprehension that the instrument if allowed to remain and not canceled will cause, and has caused, plaintiff serious injury and damage, all in an amount as yet unascertained, for which plaintiff seeks leave to amend when the amount is determined.

40.    Defendants have, by recording this instrument engaged, willfully and maliciously in a fraud, to vex, annoy, harass and cause plaintiff, with the further intent to defraud plaintiff into paying a judgment for which she is not liable, making defendants subject to an imposition of exemplary damages, in an amount sufficient to punish and make an example of them

WHEREFORE, plaintiff prays for the following relief:

1. For compensatory, general and punitive damages in such amounts according to proof and sufficient to punish and set an example of defendants, in an amount of not less than 25,000 or within the jurisdictional limits of this court;

2. For prejudgment and post judgment interest in such amounts according to proof;

3. For costs and attorneys fees;

4. For cancellation of the written instrument and declaration that it is void;

5. For such other and further relief as may be deemed just and proper.

Dated: March 21, 2013          LAW OFFICES OF ANJU MULTANI

                               By: _____

                                       Anju Multani

                               Attorney for Plaintiff

Exhibit C

## Case Summary


**Case Number:** 12CW2498
CHINCHILLA, MARIA ESMERALDA VS. EQUABLE ASCENT FINANCIAL, LLC
**Court:** Stanley Mosk Courthouse

**Original Case Number:** 12C02498
**Original Court:** Whittier Courthouse

**Filing Date:** 08/06/2012
**Case Type:** OTHER REAL PROP. (Limited Jurisdiction)
**Status:** PENDING

Future Hearings

**09/19/2013** at 08:30 AM in department 77 at 110 North Grand Ave., Los Angeles, CA 90012
ORDER TO SHOW CAUSE


### History Information

Parties

**Plaintiff:** CHINCHILLA MARIA ESMERALDA
**Attorney:**  LAW OFFICES OF ANJU MULTANI - ANJU MULTANI

**Plaintiff:** CHINCHILLA ELY MAURICIO JR.
**Attorney:**  None

**Defendant:** EQUABLE ASCENT FINANCIAL LLC
**Attorney:**  None

**Defendant:** CIR LAW OFFICES
**Attorney:**  None

**Defendant:** MURREN TARA
**Attorney:**  None

**Defendant:** MIXER MICHAL J.
**Attorney:**  None

**Defendant:** CLINNIN JOHN
**Attorney:**  None

**Defendant:** DOE
**Attorney:**  None


### Party Information

Histories (Dates listed in descending order)

**04/10/2013** * CASE RENUMBERED FROM WH 12C02498 TO LAM12CW2498

**04/09/2013** STIPULATION AND ORDER APPOINTING TEMPORARY JUDGE SIGNED AND
FILED.

**04/09/2013** CAUSE CALLED AT 09:30A M, IN DEPT. 007 , HON. JAMES
LEBERTHON, JUDGE PRO TEM PRESIDING FOR HEARING ON OSC WHY
SANCTIONS OR A DISMISSAL OF THE ENTIRE ACTION SHOULD NOT
BE IMPOSED. MATTER CONTINUED TO 09/19/13 AT 08:30A M,
IN DEPT. 077 . CASE REASSIGNED TO THE STANLEY MOSK
COURTHOUSE FOR FURTHER PROCEEDINGS. NOTICE WAIVED.

**04/09/2013** * CASE REASSIGNED TO THE STANLEY MOSK COURTHOUSE FOR
FURTHER PROCEEDINGS.

**03/26/2013** CAUSE CALLED AT 09:30A M, IN DEPT. 007 , HON. DANIEL
P. RAMIREZ, JUDGE PRESIDING FOR HEARING ON OSC WHY
SANCTIONS OR A DISMISSAL OF THE ENTIRE ACTION SHOULD NOT
BE IMPOSED. SPECIAL APPEARANCE BY PAULA SKERSTON FOR
PLAINTIFF. DEFENDANT/ATTORNEY TARA MUREN APPEARING IN
PROPRIA PERSONA. MATTER CONTINUED TO 04/09/13 AT
09:30A M, IN DEPT. 007 . NOTICE WAIVED.

**03/21/2013** SUBSTITUTION OF ATTORNEY FILED FOR PLAINTIFF
(CHINCHILLA, MARIA ESMERALDA)

**03/21/2013** 1ST AMENDED COMPLAINT FILED. SUMMONS ISSUED.

**03/21/2013** SUMMONS FILED 1ST .

**02/28/2013** REJECT SHEET SENT TO (CHINCHILLA, MARIA ESMERALDA) FOR
REJECTION OF DEFAULT PACKET ***** 2ND REJECT RE: SAME
MATTER. THE NAMES ON THE REQUEST FOR ENTRY OF DEFAULT DO
NOT MATCH THE COMPLAINT FILED AND THE NAMES ON THE
JUDGMENT FORM ARE NOT CORRECT EITHER. ALL SUBMITTED ON
02/28/13

**02/08/2013** REJECT SHEET SENT TO (CHINCHILLA, MARIA ESMERALDA) FOR
REJECTION OF REQUEST FOR ENTRY OF DEFAULT *** NAMES ON
THE REQUEST DO NOT MATCH THE NAMES ON THE COMPLAINT (THEY
HAVE TO MATCH EXACTLY). CLERKS OFFICE DOES NOT UNDERSTAND
WHAT OTHER DOCUMENTS THAT WERE FILED ARE FOR. SUBMITTED
ON 02/08/13

**01/18/2013** RECEIVED THE SUM OF $ 13.50 FOR PHOTOCOPIES. RECEIPT #
WH285409002 .

**01/18/2013** CASE MANAGEMENT ORDER SIGNED AND FILED BY DANIEL P.
RAMIREZ, JUDGE . MATTER SET FOR ORDER TO SHOW CAUSE WHY
SANCTIONS OR A DISMISSAL OF THE ENTIRE ACTION SHOULD NOT
BE IMPOSED FOR FAILURE TO FILE ANY AND ALL
PAPERS/DOCUMENTS NECESSARY TO BRING THE MATTER TO TRIAL
OR TO EFFECT A FINAL DISPOSITION AS TO ALL ISSUES AND
PARTIES TO THE ACTION. HEARING ON 03/26/13 AT 09:30A
M, IN DEPT. 007 . CLERK'S CERTIFICATE OF SERVICE
MAILED/GIVEN TO RESPECTIVE PARTIES/COUNSEL.

**08/16/2012** NON-APPEARANCE CASE MANAGEMENT REVIEW SCHEDULED FOR
01/14/13 AT 09:30A M, IN DEPT. CMR . CLERK`S
CERTIFICATE OF SERVICE MAILED/GIVEN TO RESPECTIVE
PARTIES/COUNSEL ON 08/16/12

**08/06/2012** COMPLAINT FILED. RN WH285409023.

**08/06/2012** SUMMONS ISSUED.

**08/06/2012** SUMMONS FILED.

Case Information | Party Information | History Information

Exhibit D

1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  CHRISTOPHER M. SPAIN (SBN 265465)
   cspain@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile: (415) 352-2625

6  Attorneys for Defendant
   Equable Ascent Financial, LLC

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 MARIA ESMERALDA              )  CASE NO.:
   CHINCHILLA,                  )
12                              )
                                )
13          Plaintiff,          )
                                )
14     vs.                      )  CONSENT TO REMOVAL OF
                                )  DEFENDANTS CIR LAW OFFICES,
15 EQUABLE ASCENT FINANCIAL,    )  TARA MUREN AND JOHN CLINNIN
   LLC, CIR LAW OFFICES, TARA   )
16 MURREN, MICHAL J. MIXER,     )
   JOHN CLINNIN and DOES 1-50,  )
17 Inclusive,                   )
                                )
18          Defendants.         )
   _____ )

19

20

21

22

23

24

25

26

27

28

1    TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD,

2  PLEASE TAKE NOTICE THAT:

3    WHEREAS:

4    1.    On March 21, 2013, Plaintiff Maria Esmeralda Chinchilla ("Plaintiff")

5  filed a First Amended Complaint against Defendants Equable Ascent Financial, LLC,

6  CIR Law Offices, Tara Muren [sic], Michael [sic] J. Mixer and John Clinnin.

7  Michael J. Mixer no longer works for CIR Law Office and upon information and

8  belief, he has not been served with any pleadings.  Plaintiff's First Amended

9  Complaint includes allegations that Defendants violated of the California Fair Debt

10  Collection Practices Act, Cal. Civ. Code §§ 1788, *et seq.*, which Plaintiff claims arise

11  under various sections of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692,

12  *et seq.*, in an action pending in the Superior Court of the State of California in and

13  for the County of Los Angeles, entitled *Chinchilla v. Equable Ascent Financial, LLC*

14  *et al*, Original Case No.12C02498, new case number LAM12CW2498.

15    2.    This action is a civil action of which this Court has original jurisdiction

16  under 28 U.S.C. § 1331 and which may be removed to this Court by Defendants

17  pursuant to the provisions of 28 U.S.C. § 1441(b) in that the Complaint asserts

18  claims against Defendant arising under the Fair Debt Collection Practices Act, 15

19  U.S.C. §§ 1692, *et seq.*; and,

20    3.    Defendant Equable Ascent Financial, LLC, seeks to remove this action

21  to this Court.

22    THEREFORE, defendants CIR Law Offices, Tara Muren and John Clinnin

23  hereby consent to the removal of this action.

24

25  DATED: May 8, 2013                    On Behalf Of Defendant CIR Law Office, LLP

26

27                                         By: _____
                                              Tara Muren
28                                            CIR Law Office, LLP

---

CHINCHILLA v. EQUABLE ASCENT FINANCIAL, LLC et al. (CASE NO.: )
CONSENT TO REMOVAL                                                      1

1   DATED: May ___, 2013                    TARA MUREN

2

3                                            By: _____

4                                                 Tara Muren

5

6   DATED: May ___, 2013                    JOHN CLINNIN

7

8                                            By: _____

9                                                 John Clinnin

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---